◼ In the Matter of AMBER A. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEVEN V., II, Respondent, and KATHY A., Appellant. (Appeal No. 1.) [847 NYS2d 893]—Appeal from an order of the Family Court, Erie

County (Patricia A. Maxwell, J.), entered August 2, 2006 in a proceeding pursuant to Family Court Act article 10. The order, among other things, granted petitioner's motion and directed respondent Kathy A. to submit to a parenting skills assessment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.